1  Gregg S. Garfinkel, SBN 156632
2  Venessa F. Martinez, SBN 229174
   STONE | ROSENBLATT | CHA
3  A Professional Corporation
4  21550 Oxnard Street, Suite 200
   Woodland Hills, California 91437
5  Tel:      (818) 999-2232
6  Fax:      (818) 999-2269
7  e-mail:   ggarfinkel@srclaw.com

8  Attorney for Defendant
9  ALLIED VAN LINES, INC.

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA
13

14 ARETA NEWLAND,              )  Case No. C 06-03906
15                             )  [MCSC Case No. CV 062398]
            PLAINTIFF,          )  (Complaint filed May 31, 2006)
16                             )
17      V.                      )  STIPULATION OF DISMISSAL
                                )  WITH PREJUDICE; [PROPOSED]
18 ALLIED VAN LINES, INC. and   )  ORDER THEREON
19 DOES 1-10,                   )
                                )  FRCP 41 (a)(1)
20                             )
            DEFENDANTS.         )
21                             )
22 _____)

23 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

24      IT IS HEREBY STIPULATED by and between the parties to this action
25 through their designated counsel that the above-captioned action be and hereby is
26 dismissed with prejudice pursuant to FRCP 41(a)(1).
27
28

It is further stipulated that the parties will bear their own costs.

DATED: September 28, 2006

STONE | ROSENBLATT | CHA
A Professional Law Corporation

By /s/ _____
Gregg S. Garfinkel, Esq.

Venessa F. Martinez, Esq.

Attorneys for Defendant

ALLIED VAN LINES, LLC

DATED: September 10/23, 2006

LAW OFFICES OF KAREN KISSLER

By /s/ _____
Karen Kissler, Esq.

Attorney for Plaintiff ARETA NEWLAND

ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice and the further Stipulation that the parties bear their own costs, and finding good cause therefor,

IT IS HEREBY ORDERED that the case be dismissed with prejudice and that the parties bear their own costs.

DATED: 10/25/06

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER THEREON